IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-184-JLK-MEH

DAVID PETERSON,

    Plaintiff,

v.

PROFESSIONAL DRIVERS OF GEORGIA, INC. d/b/a
PRODRIVERS, a Georgia corporation, and
EMPLOYBRIDGE HOLDING COMPANY, a Georgia corporation,

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice (doc. #16) under Rule 41(a)(1)(ii), FED. R. CIV. P., and being fully advised, this Court

Orders that the Motion is, **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, each side to pay his or its own attorneys' fees and costs.

          By the Court:

          s/John L. Kane
          U.S. District Court Judge Kane